# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0654

VERSUS

RICHARD B. LAY

**OCTOBER 12, 2020**

---

In Re:    Richard B. Lay, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 383759.

---

**BEFORE:    HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT APPLICATION GRANTED** for the purpose of transferring to the district court for a ruling on relator's motion to vacate and set aside conviction and sentence.  The original of the writ application will be forwarded to the district court clerk of court.

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT